SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JAMES PUCKETT

                              Plaintiff                        11 CV 8321

-against-

                              Defendant                    Joint Rule 26(f) Report

COHEN & SLAMOWITZ, LLP

---------------------------------------------------X

1. Date of Conference: January 31, 2012

Appearances by the following attorneys:

THE LAW OFFICE OF
WILLIAM G. GOODE
Attorneys for Plaintiff
William Goode, Esq.
20 Peachtree Court
Holbrook, New York 11741
631-223-7740

LITTLETON, JOYCE,
UGHETTA, PARK, AND KELLY, LLP
Attorneys for Defendant
Wendy Shepps, Esq.
39 Broadway
New York, NY 10006
Telephone: (973) 744-0872

2. Plaintiff alleges violation of the Fair Debt Collection Practices Act. Defendant maintains that there was no violation.

3. Proposed Discovery Plan

Plaintiff and Defendant propose the following discovery order:

(a) Deadline for motions to amend pleadings including joinder of additional parties: February 27, 2012;

(b) Initial document production demands and interrogatory requests shall be served on or before ~~March 13,~~ *Febry 6* 2012; with responses served within thirty (30) days thereafter, unless otherwise agreed between the parties;

(c) Disclosure of Non-expert witnesses expected at this time to be deposed on or before: May 10, 2012.

(d) Non-expert discovery completion date: June 20, 2012;

(e) The parties do not intend to utilize expert witnesses in this action.

(f) Pretrial motions, if any, to be filed on or before July 20, 2012.

(g) If no pre-trial motions are contemplated, the date by which plaintiff will supply pretrial order materials to defendants on or before July 20, 2012.

(h) The parties will submit a joint pretrial order in accordance with procedures of the judge before whom the trial will be conducted on or before: August 1, 2012.

4. Anticipated length of trial: 2-3 days.

5. Plaintiff has requested a jury trial.

6. The parties request a settlement conference with Your Honor prior to engaging in discovery.

7. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any contention that a party has not responded properly to a discovery request must be brought to the Court's attention immediately and in accordance with the Court's

Individual Practices. Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application. The application also must state the position of all other parties on the proposed extension and must show good cause therefore not foreseeable as of the date of this Order. 'Good cause' as used in this paragraph does not include circumstances within the control of counsel or the party. Any application not in compliance with this paragraph will be denied. Failure to comply with the terms of this Order may also result in sanctions.

       8.     The parties shall follow the rules of the assigned District Judge with respect to any pre-motion conference, filing or other requirements for dispositive motions.

Dated: New York, New York
       January 31, 2012

**SO ORDERED:**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

1259208.1